AO 10
Rev. 1/2010

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2009

*Report Required by the Ethics in Government Act of 1918 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)<br><br>Duval, Stanwood R. | 2. Court or Organization<br><br>U. S. District Court, Eastern District of Louisiana | 3. Date of Report<br><br>04/29/2010 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge - Senior Status | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2009<br>to<br>12/31/2009 |
| 7. Chambers or Office Address<br><br>U. S. District Court<br>500 Poydras St., Rm. C-368<br>New Orleans, LA 70130 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer _____ Date _____ | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Board Member | Covenant House, Non-Profit Organization |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

2010 MAY -4 A 10: 22 RECEIVED FINANCIAL DISCLOSURE OFFICE

Duval, Stanwood R.

| Name of Person Reporting | Date of Report |
|---|---|
| Duval, Stanwood R. | 04/29/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children: see pp 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Donald "Boysie" Bollinger | August 14 -18, 2009 | Argentina | Hunting trip | Travel, food and lodging |
| 2. | Arlen "Benny" Cenac, Jr. | August 28 - September 2, 2009 | Panama | Fishing trip | Travel, food and lodging |
| 3. | American Bar Association | October 29-31, 2009 | San Francisco, CA | Participate on Class Action panel | Travel, food and lodging |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Duval, Stanwood R. | 04/29/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Duval, Stanwood R. | 04/29/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Parcel #2, Terrbonne Parish, LA | | None | J | W | | | | | |
| 2. Whitney Bank (Accounts) | A | Interest | K | T | | | | | |
| 3. Judicial & Justice Fed. Credit Union (Accounts) | A | Interest | J | T | | | | | |
| 4. Fordoche, Inc. | E | Dividend | | | Sold | 6/18/09 | K | D | Fordoche, Inc. |
| 5. Mineral Interest #1, Terrebonne Parish, LA | B | Rent | J | W | | | | | |
| 6. Mineral Interest #2, Terrebonne Parish, LA | | None | J | W | | | | | |
| 7. IRA #1 | D | Int./Div. | N | T | | | | | |
| 8. -Wells Fargo (formerly known as Wachovia) Sweep Account | | | | | | | | | |
| 9. -PAI | | | | | | | | | |
| 10. -HIO | | | | | Buy (add'l) | 11/4/09 | J | | |
| 11. -EOD | | | | | | | | | |
| 12. -GFAFX | | | | | | | | | |
| 13. -CIBFX | | | | | | | | | |
| 14. -EAAFX | | | | | | | | | |
| 15. -FFALX | | | | | | | | | |
| 16. - FSMXX | | | | | Sold (part) | 12/7/09 | J | | |
| 17. - KMP | | | | | Buy | 12/7/09 | J | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Duval, Stanwood R. | 04/29/2010 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - USB'L | | | | | | | | | |
| 19. - AGG (X) | | | | | | | | | See note Part VIII |
| 20. - LQD (X) | | | | | Buy (add'l) | 11/4/09 | J | | See note Part VIII |
| 21. - EFA (X) | | | | | | | | | See note Part VIII |
| 22. - SPY (X) | | | | | | | | | See note Part VIII |
| 23. IRA#2 | A | Dividend | M | T | | | | | |
| 24. -Blackrock Fundamental Growth | | | | | | | | | |
| 25. -Blackrock Global Allocation C+ | | | | | | | | | |
| 26. -Blackrock Global Smallcap C+ | | | . | | | | | | |
| 27. -Van Kampen Comstock Fund+Class C | | | | | | | | | |
| 28. -Blackrock Managed Inc. | | | | | | | | | |
| 29. Merrill Lynch CMA Account | A | Interest | L | T | | | | | See note Part VIII |

| 1. Income Gain Codes: | A = $1,000 or less | B = $1,001 - $2,500 | C = $2,501 - $5,000 | D = $5,001 - $15,000 | E = $15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001 - $100,000 | G = $100,001 - $1,000,000 | H1 = $1,000,001 - $5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes | J = $15,000 or less | K = $15,001 - $50,000 | L = $50,001 - $100,000 | M = $100,001 - $250,000 | |
| (See Columns C1 and D3) | N = $250,001 - $500,000 | O = $500,001 - $1,000,000 | P1 = $1,000,001 - $5,000,000 | P2 = $5,000,001 - $25,000,000 | |
| | P3 = $25,000,001 - $50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Duval, Stanwood R. | 04/29/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report)*

SECTION: IV. - REIMBURSEMENTS

Line 1 - Donald "Boysie" Bollinger is a life long friend of mine. I have always recused myself from any cases involving Donald Bollinger or any of his companies.

Line 2 - Arlen "Benny" Cenac, Jr. is a life long friend of mine. I have always recused myself from any cases involving Arlen Cenac or any of his companies.

SECTION: VII. - INVESTMENTS AND TRUSTS

Line 19 - AGG in IRA #1 acquired 10/13/08, but not reported in 2008

Line 20 - LQD in IRA #1 acquired 10/13/08, but not reported in 2008

Line 21 - EFA in IRA #1 acquired 10/13/08, but not reported in 2008

Line 22 - SPY in IRA #1 acquired 10/13/08, but not reported in 2008

Line 25 - Merrill Lynch CMA Account at year end 2008 (line 27) should have reflected a value of "L" and the value of IRA #3 (line 28) should have been zero. All the Stock in IRA#3 was sold February 15, 2008 and added to the CMA Account in 2008 (See lines 28-90 on 2008 Report for stock that have now been removed).

| Name of Person Reporting | Date of Report |
|---|---|
| Duval, Stanwood R. | 04/29/2010 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature  _____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544